# INDEX OF EXHIBITS

| Exhibit | Description |
| --- | --- |
| A | Declaration of Richard Winger |
| B | Declaration of Christopher Graveline |
| C | Declaration of Willard H. Johnson |
| D | Declaration of Michael Leibson |
| E | Declaration of Kellie K. Deming |
| F | Declaration of Janet M. Urbanic |
| G | Declaration of Christa Byrd |
| H | David Foster e-mail communication |