# EXHIBIT C

to

**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

*CHRISTOPHER GRAVELINE, et al. v. RUTH JOHNSON, Secretary of State of Michigan, et al.*

**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN**

CHRISTOPHER GRAVELINE, et al.,

    Plaintiffs,

v.

RUTH JOHNSON, et al.,

    Defendants.

_____/

**DECLARATION OF WILLARD H. JOHNSON IN SUPPORT OF
PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER
AND PRELIMINARY INJUNCTION**

**(Pursuant to 28 U.S.C. § 1746)**

I, Willard H. Johnson, hereby declare under oath and subject to the penalty of perjury that the following is true and correct to the best of my knowledge:

1. I am a registered voter in the State of Michigan and a member of the Republican Party.

2. I support the candidacy of Christopher Graveline for Michigan Attorney General and I intend to vote for him in the upcoming November 2018 election if he appears on the ballot.

3. I support Graveline's candidacy because his views that the Attorney General should be non-partisan correspond with my own. While I am a

1

registered Republican, I believe both major political parties are utilizing the office of Attorney General in an overly partisan manner.

4. If Graveline does not appear on the ballot, I will be unable to cast my vote for a candidate who reflects my views.

Executed: July 17, 2018

Willard H. Johnson

2