# EXHIBIT D

to

**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN

CHRISTOPHER GRAVELINE, et al.,

       Plaintiffs,

    v.

RUTH JOHNSON, et al.,

       Defendants.

_____/

**DECLARATION OF MICHAEL LEIBSON IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

**(Pursuant to 28 U.S.C. § 1746)**

I, Michael Leibson, hereby declare under oath and subject to the penalty of perjury that the following is true and correct to the best of my knowledge:

1. I am a registered voter in the State of Michigan and almost exclusively vote in Democratic Party primaries.

2. I support the candidacy of Christopher Graveline for Michigan Attorney General and I intend to vote for him in the upcoming November 2018 election if he appears on the ballot.

3. I support Graveline's candidacy because his views that the Attorney General should be non-partisan correspond with my own. While I oftentimes vote

1

for candidates from the Democrat Party, I believe both major political parties are utilizing the office of Attorney General in an overly partisan manner.

4. If Graveline does not appear on the ballot, I will be unable to cast my vote for a candidate who reflects my views.

Executed: <u>July 25, 2018</u>   /s/ Michael Leibson
                                 Michael Leibson