# EXHIBIT E

to

**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

*CHRISTOPHER GRAVELINE, et al. v. RUTH JOHNSON, Secretary of State of Michigan, et al.*

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN

CHRISTOPHER GRAVELINE, et al.,

    Plaintiffs,

v.

RUTH JOHNSON, et al.,

    Defendants.

_____/

## DECLARATION OF KELLIE K. DEMING IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

(Pursuant to 28 U.S.C. § 1746)

I, Kellie K. Deming, hereby declare under oath and subject to the penalty of perjury that the following is true and correct to the best of my knowledge:

1. I am a registered voter in the State of Michigan and not a registered member of any political party.

2. I support the candidacy of Christopher Graveline for Michigan Attorney General and I intend to vote for him in the upcoming November 2018 election if he appears on the ballot.

3. I support Graveline's candidacy because his views that the Attorney General should be non-partisan correspond with my own. I believe both major

1

political parties are utilizing the office of Attorney General in an overly partisan manner.

4. If Graveline does not appear on the ballot, I will be unable to cast my vote for a candidate who reflects my views.

Executed: July 25, 2018

/s/ Kellie K. Deming
Kellie K. Deming