# EXHIBIT F

to

**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN

CHRISTOPHER GRAVELINE, et al.,

      Plaintiffs,

v.

RUTH JOHNSON, et al.,

      Defendants.
_____/

## DECLARATION OF JANET M. URBANIC IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

(Pursuant to 28 U.S.C. § 1746)

I, Janet M. Urbanic, hereby declare under oath and subject to the penalty of perjury that the following is true and correct to the best of my knowledge:

1. I am over eighteen years old and a resident of and registered voter in the State of Michigan.

2. Over the last several weeks, I have circulated nominating petitions in support of Christopher Graveline as an independent candidate for Michigan Attorney General. I did so as an unpaid volunteer. This is the first time I have circulated petitions in support of any political campaign.

3. I circulated petitions on at least 12 days and in a variety of settings. I

approached family members and friends to obtain their signatures. I also circulated petitions at the Ann Arbor farmers market and outside of the Mongolian BBQ restaurant in Ann Arbor.

4.  In my experience, signature gathering is a time-consuming and laborious endeavor. Each attempt to obtain a signature took several minutes, because it is necessary first to ensure that an individual is a qualified signer, and then to explain the purpose of the petition, and to answer any questions the signer may have. All of this must be done on busy sidewalks, in parking lots and other public places where people typically do not wish to be detained – particularly in the heat of summer. Additionally, those who are willing to consider signing a petition frequently want to know information about an Independent candidate's qualifications before they agree to sign.

5.  After covering all of this information, some voters would agree to sign and others would not. Those who do then need time to fill out the petition form with all of the required information, such as a city or township of residence, printed legal name and address, zip code, and the date. Consequently, I would average 6 – 8 signatures every 60 – 90 minutes of petition circulating. In total, I would estimate that I spent approximately 15 ½ hours collecting 126 signatures in support of Christopher Graveline's campaign. I worked diligently and efficiently during this time, but could

not collect signatures at a faster rate.

Executed: July 24, 2018                             *Janet M. Urbanic*
                                                    Janet M. Urbanic