# EXHIBIT G

**to**

**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

*CHRISTOPHER GRAVELINE, et al. v. RUTH JOHNSON, Secretary of State of Michigan, et al.*

## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF MICHIGAN

CHRISTOPHER GRAVELINE, et al.,

        Plaintiffs,

        v.

RUTH JOHNSON, et al.,

        Defendants.

_____/

## DECLARATION OF CHRISTA BYRD IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

### (Pursuant to 28 U.S.C. § 1746)

I, Christa Byrd, hereby declare under oath and subject to the penalty of perjury that the following is true and correct to the best of my knowledge:

1.     I am over eighteen years old and a resident of and registered voter in the State of Michigan.

2.     Over the last several weeks, I have circulated nominating petitions in support of Christopher Graveline as an independent candidate for Michigan Attorney General. I did so as an unpaid volunteer. This is the first time I have circulated petitions in support of any political campaign.

3.     I circulated petitions on at least 4 days and in a variety of settings. I

1

approached family members, friends, neighbors and the general public to obtain as many valid signatures as possible. I deliberately circulated petitions in busy public spaces, such as the Gladwin farmers market, and during crowded public events, such as the fireworks display on Belle Isle in Detroit, in an effort to maximize my efficiency and obtain as many signatures as possible.

4. In my experience, signature gathering is a time-consuming and laborious endeavor. Each attempt to obtain a signature took several minutes, because it is necessary first to ensure that an individual is a qualified signer, and then to explain the purpose of the petition, and to answer any questions the signer may have. All of this must be done on busy sidewalks, in parking lots and other public places where people typically do not wish to be detained – particularly in the heat of summer. Additionally, those who are willing to consider signing a petition frequently want to know information about an independent candidate's qualifications and platform before they agree to sign.

5. After covering all of this information, some voters would agree to sign and others would not. Those who do then need time to fill out the petition form with all of the required information, such as a city or township of residence, printed legal name and address, zip code, and the date. Consequently, I would average 8 – 12 signatures every 60 minutes of petition circulating. In total, I would estimate that I spent approximately 12 hours collecting 42 signatures in support of Graveline's

2

campaign. I worked diligently and efficiently during this time, but could not collect signatures at a faster rate.

6.      Another difficulty I found in collecting signatures was restrictions placed upon myself and other volunteer collectors by the Michigan Department of Natural Resources while on Belle Isle. On June 25, 2018, approximately six other volunteers and I traveled to Belle Isle with plans to collect petition signatures in the hours leading up to the Detroit fireworks.  While Belle Isle is public land, after about 30 minutes of gathering signatures, DNR officials told us that we could not approach people on the island to circulate the petitions, but could only collect signatures if people approached us to talk.  This prohibition struck us as nonsensical and most likely an unconstitutional infringement on our First Amendment right to petition and engage in political speech.  However, given these state officials' apparent authority, we decided not to challenge them and left Belle Isle.

7.      I am a mother of four and pregnant with our fifth child. My husband is in the Army National Guard and is gone one weekend per month to report for drill. My children are involved in summer sports, camps and activities that result in most of my time transporting and observing their activities. Believing in the importance of a non-partisan candidate for Attorney General and specifically believing in the benefit Graveline would bring to the position, I dedicated as much time to collecting signatures that I could. This was far less than I hoped I could commit and the process

meant many sacrifices for my family, including missing my children's swim meet and hiring a babysitter ($40) to watch them while collecting signatures. My husband also dedicated hours of time working on campaign efforts which was another commitment our family had to work around.

Executed: July 26, 2018

Christa Byrd