# EXHIBIT H

to

**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

*CHRISTOPHER GRAVELINE, et al. v. RUTH JOHNSON, Secretary of State of Michigan, et al.*

 Christopher Graveline <christopher.graveline2@gmail.com>

## Attorney General filing

**Foster, David (MDOS)** <fosterd2@michigan.gov>　　　　　　　　　　　　　　　Thu, Jul 19, 2018 at 3:42 PM
To: "christopher.graveline2" <christopher.graveline2@gmail.com>

That is correct. The affidavit of identity and minimum required signatures constitute what we call a complete filing.

David Foster

Senior Election Specialist

MI Bureau of Elections

**From:** christopher.graveline2 <christopher.graveline2@gmail.com>
**Sent:** Thursday, July 19, 2018 3:15 PM
**To:** Foster, David (MDOS) <fosterd2@michigan.gov>
**Subject:** Attorney General filing

Mr. Foster,

It was nice meeting you this afternoon. Just to confirm, the affidavit of identity could not be accepted without the requisite signatures accompanying it (no fewer than 30,000 in this instance).

Regards,

Chris Graveline

Sent from my Verizon, Samsung Galaxy smartphone