UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER GRAVELINE, WILLARD H. JOHNSON, MICHAEL LEIBSON, and KELLIE K. DEMING, | No. 2:18-cv-12354 |
| Plaintiffs, | HON. VICTORIA A. ROBERTS |
| v | MAG. DAVID R. GRAND |
| RUTH JOHNSON, Secretary of State of Michigan, SALLY WILLIAMS, Director of Michigan Bureau of Elections, in their official capacities, | |
| Defendants. | |

William P. Tedards, Jr.
Attorney for Plaintiffs
1101 30th Street, NW, Suite 500
Washington, DC  20007
202.797.9135

Denise C. Barton (P41535)
Heather S. Meingast (P55439)
Assistant Attorneys General
P.O. Box 30736
Lansing, Michigan  48909
517.373.6434
_____/

**STIPULATED ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT**

1

In light of Plaintiffs' pending motion for preliminary injunction, and considering on the stipulation of the parties:

**IT IS ORDERED** that a response to the complaint will be required from Defendants Johnson and Williams within 21 days after the response would have been due (August 22, 2018), extending the date to **September 12, 2018**.

Date: <u>August 22, 2018</u>        <u>S/Victoria A. Roberts</u>
                                    HON. VICTORIA A. ROBERTS
                                    District Court Judge

The parties, through their respective counsel, stipulate to the entry of the above order.

<u>s/William P. Tedards, Jr. (w/consent)</u>        Dated: August 21, 2018
William P. Tedards, Jr.
Attorney for Plaintiffs
1101 30th Street, NW, Suite 500
Washington, DC 20007
202.797.9135

<u>s/Denise C. Barton</u>                            Dated: August 21, 2018
Denise C. Barton (P41535)
Assistant Attorney General
Attorney for Defendants
P.O. Box 30736
Lansing, Michigan 48909
517.373.6434