UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT

| | | |
|---|---|---|
| CHRISTOPHER GRAVELINE, WILLARD H. JOHNSON, MICHAEL LEIBSON, and KELLIE K. DEMING, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 2:18-cv-12354-VAR-DRG |
| v. | ) ) | Judge Victoria A. Roberts Magistrate Judge David R. Grand |
| RUTH JOHNSON, Secretary of State of Michigan, and SALLY WILLIAMS, Director of Michigan Bureau of Elections, in their official capacities, | ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT the undersigned attorney hereby enters his appearance on behalf of Plaintiffs Christopher Graveline, Willard H. Johnson, Michael Leibson and Kellie K. Deming.

Respectfully submitted,

s/Oliver B. Hall
**OLIVER B. HALL**
CENTER FOR COMPETITIVE DEMOCRACY
P.O. Box 21090
Washington, D.C. 20009
202-248-9294
oliverhall@competitivedemocracy.org
(DC Bar No. 976463)

## CERTIFICATE OF SERVICE

      I hereby certify that on August 24, 2018, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, thereby serving all counsel of record.

                                                    s/Oliver B. Hall
                                                    Oliver B. Hall
                                                    (DC Bar No. 976463)