UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Christopher Graveline, et al.,

             Plaintiff(s),

v.

Ruth Johnson, et al.,

             Defendant(s).

Case No. 2:18−cv−12354−VAR−DRG
Hon. Victoria A. Roberts

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

        United States Court of Appeals for the Sixth Circuit
        Potter Stewart U.S. Courthouse
        100 East Fifth Street, Fifth Floor
        Cincinnati, OH   45202−3988

and all interested parties, by electronic means or first class U.S. mail, on August 29, 2018.

DAVID J. WEAVER, CLERK OF COURT

By: s/ A. Teets
     Deputy Clerk

Dated:   August 29, 2018