UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT

| | |
|---|---|
| CHRISTOPHER GRAVELINE, WILLARD H. JOHNSON, MICHAEL LEIBSON, and KELLIE K. DEMING,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>JOCELYN BENSON, Secretary of State of Michigan, and SALLY WILLIAMS, Director of Michigan Bureau of Elections, in their official capacities,<br><br>　　　　　　　Defendants.<br>_____/ | Case No. 2:18-cv-12354-VAR-DRG<br><br>**Judge Victoria A. Roberts**<br>**Magistrate Judge David R. Grand** |

**NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION
FOR ATTORNEYS' FEES AND LITIGATION EXPENSES**

In accordance with the Court's instruction, Plaintiffs hereby withdraw their pending Motion for Attorneys' Fees and Litigation Expenses (ECF No. 48), such motion to be refiled pursuant to Fed. R. Civ. P. 54(d)(2) and E.D. Mich. Local Rule 54.1.2 following disposition of Defendants' Motion to Alter or Amend the Court's Findings (ECF No. 45).

| | |
|---|---|
| DATED: February 10, 2020 | Respectfully submitted,<br><br>*/s/ William P. Tedards, Jr.*<br>_____<br>**WILLIAM P. TEDARDS, JR.**<br>(DC Bar No. 143636) (MI)<br>1101 30th Street, NW, Suite 500<br>Washington, DC 20007<br>202-797-9135<br>BT@tedards.net |

**OLIVER B. HALL**
(DC Bar No. 976463) (MI)
Center for Competitive Democracy
P.O. Box 21090
Washington, D.C. 20009
202-248-9294
oliverhall@competitivedemocracy.org

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2020, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, thereby serving all counsel of record.

*/s/ William P. Tedards, Jr.*

**WILLIAM P. TEDARDS, JR.**
(DC 143636) (MI)