UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER GRAVELINE, WILLARD H. JOHNSON, MICHAEL LEIBSON, and KELLIE K. DEMING,

    Plaintiffs-Appellees,

v

JOCELYN BENSON, Secretary of State of Michigan, JONATHAN BRATER, Director of Michigan Bureau of Elections, in their official capacities,

    Defendants-Appellants,

DANA NESSEL, Attorney General of Michigan, in her official capacity,

    Proposed Intervening Defendant-Appellant.

No. 2:18-cv-12354

HON. VICTORIA A. ROBERTS

MAG. DAVID R. GRAND

**NOTICE OF APPEAL**

---

William P. Tedards, Jr.
Attorney for Plaintiffs
1101 30th Street, NW, Suite 500
Washington, DC  20007
202.797.9135

Heather S. Meingast (P55439)
Erik A. Grill (P64713)
Assistant Attorneys General
Attorneys for Defendants-Appellants and Proposed Intervening Defendant-Appellant
P.O. Box 30736
Lansing, Michigan  48909
517.335.7659

    /

---

# NOTICE OF APPEAL

Notice is hereby given that Defendants-Appellants Jocelyn Benson, Secretary of State and Jonathan Brater, Director Bureau of Elections, and Proposed Intervening-Defendant Dana Nessel, Attorney General of Michigan, hereby appeal to the United States Court of Appeals for the Sixth Circuit from the 12/22/2019 Opinion and Order and 03/19/2020 Order Regarding Motion to Alter or Amend Judgment.

Respectfully submitted,

*s/Heather S. Meingast*
Heather S. Meingast (P55439)
Erik A. Grill (P64713)
Assistant Attorneys General
Attorneys for Defendants-Appellants and Proposed Intervening-Defendant Nessel
P.O. Box 30736
Lansing, Michigan 48909
517.335.7659
Email: meingasth@michigan.gov
P55439

Dated: April 20, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2020, I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

                                          *s/Heather S. Meingast*
                                          Heather S. Meingast (P55439)
                                          Assistant Attorney General
                                          P.O. Box 30736
                                          Lansing, Michigan  48909
                                          517.335.7659
                                          Email:  meingasth@michigan.gov
                                          P55439