UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Christopher Graveline, et al.,

            Plaintiff(s),

v.                                              Case No. 2:18−cv−12354−VAR−DRG
                                           Hon. Victoria A. Roberts

Sally Williams, et al.,

            Defendant(s).

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

        United States Court of Appeals for the Sixth Circuit
        Potter Stewart U.S. Courthouse
        100 East Fifth Street, Fifth Floor
        Cincinnati, OH   45202−3988

and all interested parties, by electronic means or first class U.S. mail, on April 21, 2020.

                                              DAVID J. WEAVER, CLERK OF COURT

                                              By: s/ L. Granger
                                                   Deputy Clerk

Dated:   April 21, 2020