# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: April 22, 2021

Ms. Kinikia D. Essix
Eastern District of Michigan at Detroit
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

          Re: Case No. 20-1337, *Christopher Graveline, et al v. Jocelyn Benson, et al*
               Originating Case No. 2:18-cv-12354

Dear Clerk,

   Enclosed is a copy of the mandate filed in this case.

                                         Sincerely yours,

                                         s/Robin Baker, Case Management Specialist for
                                         Roy G. Ford, Case Manager
                                         Direct Dial No. 513-564-7016

cc: Mr. Erik A. Grill
     Mr. Oliver B. Hall
     Ms. Heather S. Meingast
     Mr. William Price Tedards Jr.

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 20-1337

_____

Filed: April 22, 2021

CHRISTOPHER GRAVELINE; WILLARD H. JOHNSON; MICHAEL LEIBSON; KELLIE K. DEMING

      Plaintiffs - Appellees

v.

JOCELYN BENSON, Secretary of State of Michigan; JONATHAN BRATER, Director of Michigan Bureau of Elections, in their official capacities

      Defendants - Appellants

DANA NESSEL, Attorney General of Michigan

      Intervenor
      Defendant- Appellant.

## MANDATE

Pursuant to the court's disposition that was filed 03/29/2021 the mandate for this case hereby issues today.

COSTS: None