UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER GRAVELINE, WILLARD H. JOHNSON, MICHAEL LEIBSON, and KELLIE K. DEMING, | No. 2:18-cv-12354 |
| | HON. VICTORIA A. ROBERTS |
| Plaintiffs, | MAG. DAVID R. GRAND |
| v | |
| JOCELYN BENSON, Secretary of State of Michigan, in her official capacity, et al., | **STIPULATION AND ORDER REGARDING PLAINTIFFS' MOTION FOR ATTORNEY FEES** |
| Defendants. | |

William P. Tedards, Jr.
Attorney for Plaintiffs
1101 30th Street, NW, Suite 500
Washington, DC  20007
202.797.9135

Heather S. Meingast (P55439)
Erik A. Grill (P64713)
Assistant Attorneys General
Attorneys for Defendants
P.O. Box 30736
Lansing, Michigan  48909
517.335.7659

_____/

**STIPULATION AND ORDER REGARDING PLAINTIFFS'
MOTION FOR ATTORNEY FEES**

1

In light of Plaintiffs' pending motion for attorney fees, and Defendants' representation that the current press of business does not allow adequate time to complete an Opposition Brief in response to Plaintiffs' April 23, 2021 Motion for Award of Attorneys' Fees and Litigation Expenses, and considering the stipulation of the parties:

**IT IS ORDERED** that the time for Defendants' response to Plaintiffs' motion for attorney fees will be extended by two weeks. Defendants' response will now be due May 21, 2021.

Date:  5/17/2021        s/ Victoria A. Roberts
                        HON. VICTORIA A. ROBERTS
                        District Court Judge

The parties, through their respective counsel, stipulate to the entry of the above order.

*s/William P. Tedards, Jr. (w/consent)*        Dated: May 7, 2021
William P. Tedards, Jr.
Attorney for Plaintiffs
1101 30th Street, NW, Suite 500
Washington, DC  20007
202.797.9135

3

| | |
|---|---|
| *s/Oliver Hall (w/consent)* | Dated: May 7, 2021 |

Oliver Hall
Attorney for Plaintiffs
Center for Competitive Democracy
P.O. Box 21090
Washington, DC 20009
202-248-9294

| | |
|---|---|
| *s/Erik A. Grill* | Dated: May 7, 2021 |

Erik A. Grill (P64713)
Assistant Attorney General
Attorney for Defendants
P.O. Box 30736
Lansing, Michigan 48909
517.335.7659