UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTICT OF MICHIGAN
SOUTHERN DIVISION

CHRITOPHER GRAVELINE, et al.,
    Plaintiffs,

Case No.  18-12354
Honorable Victoria A. Roberts

v.

JOCELYN BENSON, in her official
Capacity as Michigan Secretary of
State, et al.,

    Defendant.
_____/

### ORDER STRIKING PLAINTIFFS' REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEED AND LITIGATION EXPENSES [ECF No. 68]

The Court reviewed Plaintiff's reply in support of their motion for attorneys' fees and expenses [ECF No. 68].  The Court **STRIKES** that document for the following reason(s):

☐  Missing statement of concurrence.  *See* Local Rule ("LR") 7.1(a).

☒  Missing required information (e.g., table of contents, concise statement of issues, controlling or most appropriate authority, index of authorities, index of exhibits, etc.).  *See* LR 7.1(d)(2).

☐  Does not contain a statement of material facts with numbered paragraphs or fails to respond to statement of material facts in motion. *See*

Section 1(A) of Phase II Scheduling Order (Statement of Material Facts on Motion for Summary Judgment).

☐ Wrong font size or improperly formatted (e.g., single-spaced, improper margins, missing page numbers, etc.).  *See* LR 5.1(a)(2),(3).

☐ Does not comply with Rule 19(b) of the Electronic Filing Policies and Procedures, regarding filing exhibits electronically.  *See* LR 5.1.1(a).

☐ Does not comply with Local Rule 5.3, regarding filing an item under seal in a civil case.

☐ Over-length.  *See* LR 7.1(d)(3).

☐ Motion to dismiss/response to motion to dismiss relies primarily on summary judgment cases.

☐ Does not comply with the Scheduling Order (or other Order or Notice) in this case for the following reasons: _____ _____.

☐ Other: _____.

The document is stricken and not part of the record.  The document must be refiled in full compliance by June 7, 2021.  A courtesy copy that includes tabbed and highlighted exhibits and the ECF electronic date stamp must be submitted to chambers.

**IT IS ORDERED**.

Dated: June 1, 2021

S/ Victoria A. Roberts
Victoria A. Roberts
United States District Judge

(Rev. 3/2021)