UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHGIAN
SOUTHERN DIVISION

CHRISTOPHER GRAVELINE, ET AL.,

     Plaintiff,

v.                                 Case No.  18-12354
                                      Honorable Victoria A. Roberts

JOCELYN BENSON, ET AL.,

     Defendants.

_____/

## ORDER REOPENING CASE

On May 6, 2020, the Court entered an Order Denying Without Prejudice Plaintiff's Motion for Attorney Fees and Litigation Expenses, allowing Plaintiffs to refile their motion following the appeal.  On April 23, 2021 the Court of Appeals issued its Mandate.

On May 23, 2021 the Plaintiffs refiled their motion for attorney fees.

The Clerk of the Clerk is ordered to reopen this matter so that the parties may litigate the motion for attorney fees.

**ORDERED**.

                                s/ Victoria A. Roberts
                                Victoria A. Roberts
                                United States District Judge

Dated:  6/17/2021