UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER GRAVELINE, WILLARD H. JOHNSON, MICHAEL LEIBSON, and KELLIE K. DEMING,

    Plaintiffs,

v

JOCELYN BENSON, Secretary of State of Michigan, SALLY WILLIAMS, Director of Michigan Bureau of Elections, in their official capacities,

    Defendants.

No. 2:18-cv-12354

HON. VICTORIA A. ROBERTS

MAG. DAVID R. GRAND

---

William P. Tedards, Jr.
Attorney for Plaintiffs
1101 30th Street, NW, Suite 500
Washington, DC 20007
202.797.9135

Heather S. Meingast (P55439)
Erik A. Grill (P64713)
Assistant Attorneys General
Attorneys for Defendants
P.O. Box 30736
Lansing, Michigan 48909
517.335.7659

_____/

**JOINT NOTICE OF PENDING SETTLEMENT OF PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES AND LITIGATION EXPENSES**

The parties jointly give notice to the Court that they have reached a tentative resolution of Plaintiffs' Motion for Award of Attorneys' Fees and Litigation Expenses. The parties anticipate executing a settlement agreement and filing a

1

withdrawal of the motion following internal review and approval by appropriate governmental authorities, currently expected to occur within 21 days. The parties jointly request that the Court not issue an order on the pending motion unless the parties give notice that the settlement has broken down.

                                                Respectfully submitted,

*s/Erik A. Grill*
Erik A. Grill (P64713)
Heather S. Meingast (P55439)
Assistant Attorneys General
Attorneys for Defendants
P.O. Box 30736
Lansing, Michigan 48909
517.335.7659
Email: grille@michigan.gov
P64713

Dated: July 1, 2021

*s/William P Tedards, Jr.*
William P. Tedards, Jr.
Attorney for Plaintiffs
1101 30th Street, NW, Suite 500
Washington, DC 20007
202.744.1214

Dated: July 1, 2021

/sOliver B. Hall
Oliver B. Hall
Attorney for Plaintiffs
Center for Competitive Democracy
P.O. Box 21090
Washington, DC 20009
oliverhall@competitivedemocracy.org
(202) 248-9294

Dated: July 1, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2021, I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

*s/Erik A. Grill*
Erik A. Grill (P64713)
Assistant Attorney General
P.O. Box 30736
Lansing, Michigan 48909
517.335.7659
Email:  grille@michigan.gov
P64713
