UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER GRAVELINE, WILLARD H. JOHNSON, MICHAEL LEIBSON, and KELLIE K. DEMING, | No. 2:18-cv-12354 |
| Plaintiffs, | HON. VICTORIA A. ROBERTS |
| | MAG. DAVID R. GRAND |
| v | |
| JOCELYN BENSON, Secretary of State of Michigan, SALLY WILLIAMS, Director of Michigan Bureau of Elections, in their official capacities, | |
| Defendants. | |

William P. Tedards, Jr.
Attorney for Plaintiffs
1101 30th Street, NW, Suite 500
Washington, DC 20007
202.797.9135

Heather S. Meingast (P55439)
Erik A. Grill (P64713)
Assistant Attorneys General
Attorneys for Defendants
P.O. Box 30736
Lansing, Michigan 48909
517.335.7659
                                                                                        /

**SECOND JOINT NOTICE OF PENDING SETTLEMENT OF PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES AND LITIGATION EXPENSES**

The parties jointly give notice to the Court that they have approved a Settlement Agreement that will resolve Plaintiffs' Motion for Award of Attorneys' Fees and Litigation Expenses. The parties are presently executing the Settlement

Agreement and working cooperatively to execute its terms. This process may take four to six weeks to complete. Thereafter, Plaintiffs will file a withdrawal of the motion. The parties jointly request that the Court not issue an Order on the pending motion unless the parties give notice that the settlement has broken down.

                                              Respectfully submitted,

                                              *s/Heather S. Meingast*
                                              Heather S. Meingast (P55439)
                                              Erik A. Grill (P64713)
                                              Assistant Attorneys General
                                              Attorneys for Defendants
                                              P.O. Box 30736
                                              Lansing, Michigan  48909
                                              517.335.7659
                                              Email:  grille@michigan.gov
                                              P64713

Dated:  July 22, 2021

                                              *s/William P Tedards, Jr.*
                                              William P. Tedards, Jr.
                                              Attorney for Plaintiffs
                                              1101 30th Street, NW, Suite 500
                                              Washington, DC 20007
                                              202.797.9135

                                              *s/ Oliver B. Hall*
                                              Oliver B. Hall
                                              Attorney for Plaintiffs
                                              CENTER FOR COMPETITIVE DEMOCRACY
                                              P.O. Box 21090
                                              Washington, DC 20009
                                              202.248.9294
                                              oliverhall@competitivedemocracy.org

Dated:  July 22, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2021, I electronically filed the above document with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

                                                  *s/Oliver B. Hall*
                                                  Oliver B. Hall
                                                  Assistant Attorney General
                                                  P.O. Box 30736
                                                  Lansing, Michigan 48909
                                                  517.335.7659
                                                  Email: grille@michigan.gov
                                                  P64713