UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT

| | |
|---|---|
| CHRISTOPHER GRAVELINE, WILLARD H. JOHNSON, MICHAEL LEIBSON, and KELLIE K. DEMING,<br><br>Plaintiffs,<br><br>v.<br><br>JOCELYN BENSON, Secretary of State of Michigan, and JONATHAN BRATER, Director of Michigan Bureau of Elections, in their official capacities,<br><br>Defendants,<br><br>DANA NESSEL, Attorney General of Michigan,<br><br>Intervenor.<br>_____/ | Case No. 2:18-cv-12354-VAR-DRG<br><br>**Judge Victoria A. Roberts**<br>**Magistrate Judge David R. Grand** |

**PLAINTIFFS' PRAECIPE WITHDRAWING PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES AND LITIGATION EXPENSES**

PLEASE TAKE NOTICE THAT, the parties having completed their settlement of Plaintiffs' Motion For Award Of Attorneys' Fees And Litigation Expenses (ECF No. 65), Plaintiffs hereby withdraw their Motion.

DATED: August 12, 2021

Respectfully submitted,

*/s/ William P. Tedards, Jr.*
**WILLIAM P. TEDARDS, JR.**
(DC Bar No. 143636) (MI)
1101 30th Street, NW, Suite 500
Washington, DC 20007
202-797-9135
BT@tedards.net

**OLIVER B. HALL**
(DC Bar No. 976463) (MI)
Center for Competitive Democracy
P.O. Box 21090
Washington, D.C. 20009
202-248-9294
oliverhall@competitivedemocracy.org

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2021, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, thereby serving all counsel of record.

*/s/ William P. Tedards, Jr.*

**WILLIAM P. TEDARDS, JR.**
(DC 143636) (MI)