UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Christopher Graveline, et al.,

    Plaintiff(s),

vs                                                Case No: 18-12354
                                                      Honorable Victoria A. Roberts

Jocelyn Benson, et al.,

    Defendant(s),
_____/

## **ORDER OF DISMISSAL**

Plaintiffs' filed a Notice Withdrawing their Motion for Award of Attorneys' Fees and Litigation Expenses [ECF No. 75].

This case is DISMISSED. The Court retains jurisdiction for purposes of enforcing the settlement.

IT IS ORDERED.

                                                           s/ Victoria A. Roberts
                                                           Victoria A. Roberts
                                                           United States District Judge

Dated: 8/18/2021